# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RYAN RUSSELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : | Civil Action No. 3:16-cv-01190 (PGS)(LHG) |
| Plaintiff, | : : | **NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, TO DISMISS THE CLASS-ACTION ALLEGATIONS** |
| v. | : : | |
| CROSCILL HOME LLC, a Delaware limited liability company, | : : : | |
| Defendant. | : : | |

To:  Gerald H. Clark, Esq.
     Clark Law Firm, PC
     811 Sixteenth Avenue
     Belmar, New Jersey 07719
     Attorneys for Plaintiff

     Scott J. Ferrell
     Newport Trial Group
     4100 Newport Place, Suite 800
     Newport Beach, CA 92660
     Attorneys for Plaintiff

COUNSEL:

PLEASE TAKE NOTICE that on June 20, 2016 at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned, as attorneys for Defendant, will move before the Honorable Peter G. Sheridan, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order pursuant to Rules 12 and 23 of the Federal Rules of Civil Procedure granting Defendant's Motion to Dismiss Plaintiff's Class Action Complaint or, in the Alternative, to Dismiss the Class-Action Allegations.

TAKE FURTHER NOTICE that in support of this motion, Defendant will rely on its Brief in Support and the Certification of Jaime Ramhurst, filed herewith.

A proposed form of order accompanies this motion.

BUCHANAN INGERSOLL & ROONEY PC

/s/ Christopher J. Dalton

Christopher J. Dalton
550 Broad Street, Suite 810
Newark, New Jersey 07102
Attorneys for Defendant
 Croscill Home LLC

Dated: May 16, 2016

## Certificate of service

I certify that on this date true and correct copies of this Notice of Motion, Brief in Support, Certification of Jaime Ramhurst, and proposed form of Order were served via the Court's ECF system on all persons registered to receive such notice.

/s/ Christopher J. Dalton

Dated: May 16, 2016